## Commonwealth *v.* Bach, Appellant.

Before SPARVERO, J., without a jury.

Argued November 13, 1974. *Michael J. Rostolsky,* with him *Edgar M. Snyder,* and *Watzman, Levenson & Snyder,* for appellant; *K. W. Riester,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.